IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND BOYLE,

    Plaintiff,

v.

COLUMBIA COUNTY, CORY MILLER,
DAVID CLARK, ALEXANDER AGNEW,
BENJAMIN OETZMAN, MARK SMIT,
JORDAN HAUETER, ROGER
BRANDNER, GREGORY BISCH and
MICHAEL HAVERLEY,

    Defendants.

Case No. 19-cv-517-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 7/23/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |